Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER A. MCLAUGHLIN-VERWEYST,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-02168-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed:  September 14, 2016 |

It is hereby stipulated by and between Plaintiff Jennifer A. McLaughlin-Verweyst ("Plaintiff"), through her attorney, the law firms of Haines & Krieger, LLC and Knepper & Clark LLC, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Maupin Naylor Braster, as follows:

///

///

///

///

///

///

///

Plaintiff filed her Complaint on September 14, 2016. Experian was served on September 28, 2016. The deadline for Experian to respond to the Complaint is currently October 19, 2016. Plaintiff and Experian stipulate and agree that Experian shall have until November 18, 2016, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The undersigned counsel for Experian has just been retained.

DATED this 17th day of October 2016.

| KNEPPER & CLARK LLC | MAUPIN • NAYLOR • BRASTER |
|---|---|
| By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123 | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

*Attorneys for Plaintiff Jennifer A. McLaughlin-Verweyst*

**ORDER**

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before November 18, 2016.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED this 17th day of October, 2016.